Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Nicolas T. Martino, Bar #034746
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
nmartino@jshfirm.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Cator, individually and as statutory beneficiary for Rickie Sorenson, deceased, <br><br> Plaintiff, <br><br> v. <br><br> Shani A. Curless and John Doe Curless, wife and husband; Russo Brothers Transport, Inc., a California corporation; John and Jane Does 1-5; and ABC Corporations 1-5, <br><br> Defendants. | NO. <br><br> **NOTICE OF REMOVAL** |

Defendants Shani A. Curless ("Curless") and Russo Brothers Transport, Inc. ("Russo Brothers") (together, "Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and state as follows:

## PROCEDURAL HISTORY

1. On or about November 16, 2020, an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the case number CV2020-014706. Plaintiff filed a First Amended Complaint on November 25, 2020. Copies of the pleadings filed to date in the State Court action are attached as **Exhibit A**.

2. On November 20, 2020, Defendants accepted service of the Complaint through undersigned counsel regarding the above-mentioned action. Defendants then accepted service of the First Amended Complaint in the same manner on November 25, 2020.

## TIMELINESS OF REMOVAL

3. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

4. This Notice of Removal is filed within 30 days after the Complaint was served, and is therefore timely. *See* 28 U.S.C. § 1446(b)(1).

5. A Notice of Filing Notice of Removal was filed with the Superior Court in and for Maricopa County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as **Exhibit B**.

## BASIS OF REMOVAL

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

7. Plaintiff asserts a wrongful death claim as a result of Defendants' alleged liability. While Plaintiff has not yet claimed or asserted a specific amount of damages, Plaintiff has characterized the action as a Tier 3 under the Arizona Rules of

Civil Procedure, which indicates Plaintiff's damages exceed $300,000. Additionally, Plaintiff is claiming compensatory damages. Accordingly, Defendants believe Plaintiff's claim exceeds the sum of $75,000.

   8. Defendant Russo Brothers is a California corporation with its principal place of business in Sacramento, California. Accordingly, Defendant Russo Brothers is a citizen of California.

   9. Defendant Curless is a resident of, and is domiciled in, Modesto, California. Accordingly, Defendant Curless is a citizen of California.

   10. Plaintiff Cindy Cator is believed to be a resident of, and is domiciled in, Maricopa County, Arizona. Accordingly, Plaintiff Cator is therefore believed to be a citizen of Arizona.

   11. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Defendants consent to the removal of this action.

   12. By filing this Notice of Removal, Defendants do not waive, but rather expressly reserve, all rights, defenses, and objections of any nature that it may have to Plaintiff's claims.

   WHEREFORE, Defendants respectfully request this action be removed to this Court.

DATED this 17th day of December 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ *signature*
Phillip H. Stanfield
David L. Stout, Jr.
Nicolas T. Martino
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Mark P. Breyer, Esq.
Mark T. Ichiyama, Esq.
BREYER LAW OFFICES, P.C.
3840 E. Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

/s/ S. Coffey