# EXHIBIT A

3446351.1

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
11/16/2020 9:17:17 AM
Filing ID 12222477

Mark P. Breyer (Bar No. 016862)
Mark T. Ichiyama (Bar No. 026703)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 219-3995
minutes@breyerlaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| CINDY CATOR, individually and as statutory beneficiary for RICKIE SORENSEN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SHANI A. CURLESS and JOHN DOE CURLESS, wife and husband; RUSSO BROTHERS TRANSPORT, INC., a California corporation; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>Defendants. | No.<br><br>CV2020-014706<br><br>**COMPLAINT**<br><br>**(Tort - Wrongful Death)** |

The Plaintiff, Cindy Cator, by and through undersigned counsel, for her complaint against the Defendants named herein alleges as follows:

1. Cindy Cator was, at all times relevant to this action, the biological mother of Rickie Sorensen, deceased, and a resident of Maricopa County, Arizona. At the time of the incident described herein, the Plaintiff was single and continues to be single at this time.

1

2. Decedent Rickie Sorenson was a resident of Maricopa County, Arizona.

3. Upon information and belief, Defendants Shani A. Curless and John Doe Curless are residents of the State of California.

4. At all times relevant hereto, Defendant Shani A. Curless was acting individually and on behalf of the marital community, if any, of Defendant Shani A. Curless and John Doe Curless, whose true name is unknown to Plaintiff Cindy Cator.

5. The Defendant Russo Brothers Transport, Inc. is a California corporation doing business in Sacramento County, California.

6. Plaintiff further alleges that Defendant Russo Brothers Transport, Inc. has duly authorized agents and/or servants and/or employees within Maricopa County, Arizona, and that said agents and/or servants and/or employees were acting within the scope of their authority and for the benefit of this particular defendant at the time of all incidents, acts and omissions alleged herein.

7. John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Cindy Cator requests leave to amend this pleading when that information is discovered.

8. The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

9. Jurisdiction and venue are appropriate in this Court. The amount in controversy exceeds the minimal jurisdictional limits of this Court.

10. Plaintiff is informed and believes that Defendant Shani A. Curless was acting within the course and scope of her employment or under the direction and control of Defendant Russo Brothers Transport, Inc. such that legal liability is imputed to Defendant Russo Brothers Transport, Inc. under the doctrine of *Respondeat Superior* and agency principles for the acts of Defendant Shani A. Curless.

11. This is a wrongful death action in which Defendant(s) would have been liable if death had not ensued pursuant to A.R.S. §12-611.

12. Cindy Cator is the proper person to institute this action pursuant to A.R.S. §12-612.

13. On or about May 13, 2020, in a vacant lot near 51st Avenue and McDowell Road, Phoenix, Arizona, Defendant Shani A. Curless was operating a commercial tractor-trailer truck. While pulling out of the lot, Defendant Shani A. Curless drove over Rickie Sorenson and caused his death. Defendant Shani A. Curless failed to operate her vehicle with reasonable and due care and failed to keep a proper lookout and is liable for his subsequent death.

14. Defendant Shani A. Curless had a duty to operate her vehicle safely and in a manner to prevent injury and damages to others.

15. Defendant Shani A. Curless breached that aforesaid duty and was negligent, including but not limited to, failing to keep a proper look out, failing to inspect around her vehicle, and was the sole cause of the death of Rickie Sorenson.

16. Defendant Russo Brothers Transport was independently negligent in the hiring, training, retention, and/or supervision of Defendant Shani A. Curless which was a proximate cause of this incident.

17. As a proximate result of the Defendants' negligence causing the death of Rickie Sorensen, Cindy Cator has been damaged and seeks past and future damages for:

    A.    The loss of love, affection, consortium, companionship, care, protection and guidance.

    B.    Pain, grief, sorrow, anguish, stress, shock, and mental suffering.

    C.    Reasonable expenses of necessary funeral and burial.

    E.    All those damages that are "fair and just" pursuant to A.R.S. §12-613.

18. Plaintiff claims that the damages in this matter meet the criteria for **Tier 2** as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Plaintiff Cindy Cator, as surviving natural parent of decedent Rickie Sorenson, and all who may have a statutory right of recovery, is entitled to judgment in her favor and against Defendants and each of them for the following relief:

    A.    For general compensatory damages in a just and reasonable amount to fully and fairly compensate Cindy Cator, as surviving natural parent of Decedent Rickie Sorenson;

    B.    For out of pocket expenses incurred;

    C.    For loss of consortium;

    D.    For court costs incurred; and

    E.    For such other and further relief as the Court deems just and proper.

Dated: November 13, 2020.

**BREYER LAW OFFICES, P.C.**

_____
Mark P. Breyer
Mark T. Ichiyama
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

209484

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Allegretti, Deputy
11/16/2020 9:17:17 AM
Filing ID 12222481

Person/Attorney Filing: Mark Ichiyama
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)621-7889
E-Mail Address: laurena@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026703, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Cindy Cator
Plaintiff(s),
v.
Shani Curless, et al.
Defendant(s).

Case No. **CV2020-014706**

**SUMMONS**

To: John Doe Curless

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

      Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

      GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *November 16, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
11/16/2020 9:17:17 AM
Filing ID 12222482

Person/Attorney Filing: Mark Ichiyama
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)621-7889
E-Mail Address: laurena@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026703, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Cindy Cator
Plaintiff(s),
v.
Shani Curless, et al.
Defendant(s).

Case No. **CV2020-014706**

**SUMMONS**

To: Russo Brothers Transport, INC.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *November 16, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
11/16/2020 9:17:17 AM
Filing ID 12222480

Person/Attorney Filing: Mark Ichiyama
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)621-7889
E-Mail Address: laurena@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026703, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Cindy Cator
Plaintiff(s),
v.
Shani Curless, et al.
Defendant(s).

Case No. **CV2020-014706**

**SUMMONS**

To: Shani Curless

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *November 16, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Mark P. Breyer (Bar No. 016862)
Mark T. Ichiyama (Bar No. 026703)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 219-3995
minutes@breyerlaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| CINDY CATOR, individually and as statutory beneficiary for RICKIE SORENSEN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SHANI ANNETTE CURLESS and JOHN DOE CURLESS, wife and husband; RUSSO BROTHERS TRANSPORT, INC., a California corporation; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>Defendants. | No. CV2020-014706<br><br>**DEMAND FOR JURY TRIAL**<br><br>Assigned to the<br>Honorable John Hannah |

Pursuant to Rule 38 of the Arizona Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.

Dated: November 18, 2020

**BREYER LAW OFFICES, P.C.**

_/s/ Mark T. Ichiyama_
Mark P. Breyer
Mark T. Ichiyama

1

```
                                    3840 East Ray Road
                                    Phoenix, Arizona  85044
                                    Attorneys for Plaintiff
```

ORIGINAL of the foregoing e-filed this 18th day of November, 2020 with:

Clerk of the Court
Maricopa County Superior Court
101 W. Jefferson
Phoenix, AZ  85003

COPY of the foregoing mailed this date to:

David L. Stout, Esq.
JONES, SKELTON, & HOCHULI, P.L.C.
40 N. Central Ave., Ste. 2700
Phoenix, AZ  85004
Attorney for: Russo Brothers Transport,
              Shani Annette Curless

*/s/ Lauren Arenas*
_____
209484

2

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Allegretti, Deputy
11/16/2020 9:17:17 AM
Filing ID 12222479

Person/Attorney Filing: Mark Ichiyama
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)621-7889
E-Mail Address: laurena@breyerlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026703, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Cindy Cator<br>Plaintiff(s),<br>v.<br>Shani Curless, et al.<br>Defendant(s). | Case No. CV2020-014706<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Mark Ichiyama /s/
   Plaintiff/Attorney for Plaintiff

| | |
|---|---|
| 1 | Mark P. Breyer (Bar No. 016862) |
| 2 | Brian C. Fawber (Bar No. 028577) |
| | Edward M. Ladley (Bar No. 018829) |
| 3 | BREYER LAW OFFICES, P.C. |
| | 3840 East Ray Road |
| 4 | Phoenix, Arizona 85044 |
| 5 | (480) 219-3995 |
| | minutes@breyerlaw.com |
| 6 | |
| 7 | Attorneys for Plaintiff |

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| CINDY CATOR, individually and as statutory beneficiary for RICKIE SORENSEN, deceased, | No. CV2020-014706 |
| Plaintiff, | **ACCEPTANCE OF SERVICE** |
| vs. | |
| SHANI ANNETTE CURLESS and JOHN DOE CURLESS, wife and husband; RUSSO BROTHERS TRANSPORT, INC., a California corporation; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5, | |
| Defendants. | |

David L. Stout, Esq., attorney for Defendants Russo Brothers Transport and Shani Annette Curless, in the above-entitled action, does hereby accept service of process in this action and acknowledges receipt of a copy of the Complaint, as though the same has been served upon defendant by the Sheriff or other person duly appointed or authorized by law to serve process.

1

1 | DATED: November 20, 2020
2 |
3 | By: *Nicolas Martino* o.b.o. David Stout
4 | David L. Stout, Esq.
   | JONES, SKELTON, & HOCHULI, P.L.C.
5 | 40 N. Central Ave., Ste. 2700
   | Phoenix, AZ  85004
6 | Attorneys for: Russo Brothers Transport and
7 | Shani Annette Curless

2

Mark P. Breyer (Bar No. 016862)
Mark T. Ichiyama (Bar No. 026703)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona  85044
(480) 219-3995
minutes@breyerlaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| CINDY CATOR, individually and as statutory beneficiary for RICKIE SORENSEN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SHANI A. CURLESS and JOHN DOE CURLESS, wife and husband; RUSSO BROTHERS TRANSPORT, INC., a California corporation; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>Defendants. | No. CV2020-014706<br><br>**FIRST AMENDED COMPLAINT**<br><br>**(Tort - Wrongful Death)**<br><br>Assigned to the<br>Honorable John Hannah |

The Plaintiff, Cindy Cator, by and through undersigned counsel, for her first amended complaint against the Defendants named herein alleges as follows (**amendments are bolded**):

1. Cindy Cator was, at all times relevant to this action, the biological mother of Rickie Sorensen, deceased, and a resident of Maricopa County, Arizona.  At the time

1

1   of the incident described herein, the Plaintiff was single and continues to be single at
2   this time.

3       2.    Decedent Rickie Sorenson was a resident of Maricopa County, Arizona.

4       3.    Upon information and belief, Defendants Shani A. Curless and John Doe
5   Curless are residents of the State of California.

6       4.    At all times relevant hereto, Defendant Shani A. Curless was acting
7   individually and on behalf of the marital community, if any, of Defendant Shani A.
8   Curless and John Doe Curless, whose true name is unknown to Plaintiff Cindy Cator.

9       5.    The Defendant Russo Brothers Transport, Inc. is a California corporation
10  doing business in Sacramento County, California.

11      6.    Plaintiff further alleges that Defendant Russo Brothers Transport, Inc. has
12  duly authorized agents and/or servants and/or employees within Maricopa County,
13  Arizona, and that said agents and/or servants and/or employees were acting within the
14  scope of their authority and for the benefit of this particular defendant at the time of all
15  incidents, acts and omissions alleged herein.

16      7.    John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities
17  whose conduct, true names and identities are unknown at this time.  Cindy Cator
18  requests leave to amend this pleading when that information is discovered.

19      8.    The acts and omissions complained of herein occurred in Maricopa
20  County, Arizona, within the jurisdiction of this Court.

21      9.    Jurisdiction and venue are appropriate in this Court.  The amount in
22  controversy exceeds the minimal jurisdictional limits of this Court.

23      10.    Plaintiff is informed and believes that Defendant Shani A. Curless was
24  acting within the course and scope of her employment or under the direction and
25  control of Defendant Russo Brothers Transport, Inc. such that legal liability is imputed
26

2

to Defendant Russo Brothers Transport, Inc. under the doctrine of *Respondeat Superior* and agency principles for the acts of Defendant Shani A. Curless.

11. This is a wrongful death action in which Defendant(s) would have been liable if death had not ensued pursuant to A.R.S. §12-611.

12. Cindy Cator is the proper person to institute this action pursuant to A.R.S. §12-612.

13. On or about May 13, 2020, in a vacant lot near 51st Avenue and McDowell Road, Phoenix, Arizona, Defendant Shani A. Curless was operating a commercial tractor-trailer truck. While pulling out of the lot, Defendant Shani A. Curless drove over Rickie Sorenson and caused his death. Defendant Shani A. Curless failed to operate her vehicle with reasonable and due care and failed to keep a proper lookout and is liable for his subsequent death.

14. Defendant Shani A. Curless had a duty to operate her vehicle safely and in a manner to prevent injury and damages to others.

15. Defendant Shani A. Curless breached that aforesaid duty and was negligent, including but not limited to, failing to keep a proper look out, failing to inspect around her vehicle, and was the sole cause of the death of Rickie Sorenson.

16. Defendant Russo Brothers Transport was independently negligent in the hiring, training, retention, and/or supervision of Defendant Shani A. Curless which was a proximate cause of this incident.

17. As a proximate result of the Defendants' negligence causing the death of Rickie Sorensen, Cindy Cator has been damaged and seeks past and future damages for:

    A. The loss of love, affection, consortium, companionship, care, protection and guidance.

    B. Pain, grief, sorrow, anguish, stress, shock, and mental suffering.

    C. Reasonable expenses of necessary funeral and burial.

1           E.      All those damages that are "fair and just" pursuant to A.R.S.  §12-613.

2           18.     Plaintiff claims that the damages in this matter meet the criteria for **Tier 3** as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

            WHEREFORE, Plaintiff Cindy Cator, as surviving natural parent of decedent Rickie Sorenson, and all who may have a statutory right of recovery, is entitled to judgment in her favor and against Defendants and each of them for the following relief:

            A.      For general compensatory damages in a just and reasonable amount to fully and fairly compensate Cindy Cator, as surviving natural parent of Decedent Rickie Sorenson;

            B.      For out of pocket expenses incurred;

            C.      For loss of consortium;

            D.      For court costs incurred; and

            E.      For such other and further relief as the Court deems just and proper.

            Dated:  November 25, 2020.

**BREYER LAW OFFICES, P.C.**

*/s/ Mark T. Ichiyama*

Mark P. Breyer
Mark T. Ichiyama
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiff

209484

4